Query    Reports    Utilities    Help    What's New    Log Out

CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Eastern Division - Riverside)
## CRIMINAL DOCKET FOR CASE #: 5:26-mj-00459-DUTY All Defendants

Case title: USA v. Thomas

Date Filed: 06/30/2026

Date Terminated: 06/30/2026

Assigned to: Duty Magistrate Judge

**Defendant (1)**

**Michael Alan Thomas**
*TERMINATED: 06/30/2026*

represented by **Carlos L. Juarez**
Law Office of Carlos L. Juarez
PO Box 2464
Riverside, CA 92516-2464
951-742-7354
Fax: 951-742-7358
Email: juarezlaw52@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

**USA**

represented by **US Attorney's Office**
AUSA - Office of US Attorney

Criminal Division - US Courthouse
312 North Spring Street 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

Email All Attorneys

Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 06/30/2026 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Michael Alan Thomas, originating in the Southern District of Ohio. Defendant charged in violation of: 18:1117. Signed by agent Cesar Perez, USMS; DEO. (ja) (Entered: 07/01/2026) |
| 06/30/2026 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Michael Alan Thomas; defendants Year of Birth: 1994; date of arrest: 6/29/2026 USMS# REG 71348-512 (ja) (Entered: 07/01/2026) |
| 06/30/2026 | 3 | Defendant Michael Alan Thomas arrested on warrant issued by the USDC Southern District of Ohio at Columbus. (Attachments: # 1 Charging Document)(ja) (Entered: 07/01/2026) |
| 06/30/2026 | 4 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Michael Alan Thomas (ja) (Entered: 07/01/2026) |
| 06/30/2026 | 5 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge David T. Bristow as to Defendant Michael Alan Thomas. Defendant arraigned and states true name is as charged. Attorney: Carlos L. Juarez for Michael Alan Thomas, Appointed, present. Court orders defendant Permanently detained. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to Southern District of Ohio. Warrant of Removal and final commitment to issue. Court Smart: RS-CS 4, 6/30/26. (ja) (Entered: 07/01/2026) |
| 06/30/2026 | 6 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Plaintiff USA as to Defendant Michael Alan Thomas. (ja) (Entered: 07/01/2026) |
| 06/30/2026 | 7 | ORDER OF DETENTION by Magistrate Judge David T. Bristow as to Defendant Michael Alan Thomas (ja) (Entered: 07/01/2026) |
| 06/30/2026 | 8 | FINANCIAL AFFIDAVIT filed as to Defendant Michael Alan Thomas. (Not for Public View pursuant to the E-Government Act of 2002) (ja) (Entered: 07/01/2026) |
| 06/30/2026 | 9 | WAIVER OF RIGHTS approved by Magistrate Judge David T. Bristow as to Defendant Michael Alan Thomas. (ja) (Entered: 07/01/2026) |
| 06/30/2026 | 10 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge David T. Bristow that Defendant Michael Alan Thomas be removed to the Southern District of Ohio (ja) (Entered: 07/01/2026) |
| 07/01/2026 | | Notice to Southern District of Ohio of a Rule 5 Initial Appearance as to Defendant Michael Alan Thomas. Your case number is: 26MJ419. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also |

provided: 5 Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40), 10 Warrant of Removal and Commitment to Another District. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (ja) (Entered: 07/01/2026)