FILED
CLERK, U.S. DISTRICT COURT

06/30/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____AP_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 5:26-mj-00459 |
| v. | 2:2026-MJ-00419 |
| THOMAS, MICHAEL | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: COMPLAINT
in the SOUTHERN District of OHIO on 06/26/2026
at 0800 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about 03/01/2026
in violation of Title 18 U.S.C., Section(s) 1117
to wit: _____

A warrant for defendant's arrest was issued by: NORAH MCCANN KING, U.S. MAGISTRATE JUDGE

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___06/30/2026___
Date

_CESAR PEREZ_
Signature of Agent

CESAR PEREZ
Print Name of Agent

USMS
Agency

DEO
Title