Submit this form by e-mail to:

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.



**FILED**
CLERK, U.S. DISTRICT COURT

**06/30/2026**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ AP _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER: |
| v.                  PLAINTIFF | 5:26-mj-00459 |
| THOMAS, MICHAEL | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS#  71348-512          DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 06/29/2026 at 0800 ☒ AM ☐ PM

   or

   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   18USC 1117

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1994

8. Defendant has retained counsel:   ☒ No

   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified:  DUTY OFFICER

10. Remarks (if any): _____

11. Name:  CESAR PEREZ   (please print)

12. Office Phone Number: 951-276-6120        13. Agency:  USMS

14. Signature:  *CESAR PEREZ*        15. Date:  06/30/2026

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION